# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOB PATTERSON, a U.S. Citizen, <br><br> 2710 E. Evans RoadUnit 2 <br> San Diego, CA 92106-6089 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Serve:  Office of the General Counsel <br> Department of Homeland Security <br> Mail Stop 3650 <br> Washington, D.C. 20528 <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Serve:  U.S. Citizenship & Immigration Services <br> 425 I. Street, N.W., Room 6100 <br> Washington, D.C. 20536 <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> Serve:  Executive Office <br> Office of the Legal Adviser <br> Suite 5.600 <br> 600 19th St. NW <br> Washington, DC 20522 <br><br> U.S. CONSULATE, Bogota, Colombia, <br><br> Serve:  Executive Office <br> Office of the Legal Adviser <br> Suite 5.600 <br> 600 19th St. NW <br> Washington, DC 20522 <br><br> CHAD WOLF, Secretary of the Department of Homeland Security, | Case No.  1:21-cv-38 |

Serve:  Office of the General Counsel
           Department of Homeland Security
           Mail Stop 3650
           Washington, D.C. 20528

KENNETH T. CUCCINELLI, Director of the United States Citizenship and Immigration Services,

Serve:  U.S. Citizenship & Immigration
           Services
           425 I. Street, N.W., Room 6100
           Washington, D.C. 20536

MICHAEL POMPEO, United States Secretary of State,

Serve:  Executive Office
           Office of the Legal Adviser
           Suite 5.600
           600 19th St. NW
           Washington, DC 20522

and;

PHILIP S. GOLDBERG, Ambassador of the United States at the U.S. Consulate, Bogota, Colombia

Serve:  Executive Office
           Office of the Legal Adviser
           Suite 5.600
           600 19th St. NW
           Washington, DC 20522

  Defendants.

## COMPLAINT IN THE NATURE OF MANDAMUS ARISING FROM DEFENDANTS' REFUSAL TO ADJUDICATE PLAINTIFF'S IMMIGRANT VISA APPLICATION

Plaintiff Bob Patterson respectfully requests that this Honorable Court issue a writ of mandamus compelling Defendants to adjudicate a long-delayed spouse visa application.

## PARTIES

1. Plaintiff Bob Patterson is a citizen of the United States.

2. Plaintiff's spouse Diana Mogollon Segura is a citizen of Colombia, currently residing in Colombia.

3. Defendant Department of Homeland Security (hereinafter sometimes referred to as "the DHS") is the agency of the United States that is responsible for implementing the petition for alien relative provisions of the law and assisting the DOS with background and security checks.

4. Defendant United States Citizenship and Immigration Services (hereinafter sometimes referred to as "the USCIS") is the component of the DHS that is responsible for processing petitions filed on behalf of alien relatives seeking to file spouse visa applications.

5. Defendant Department of State (hereinafter sometimes referred to as "the DOS") is the agency of the United States that is responsible for communicating with the DHS and managing Defendant Embassy of the United States in Bogota, Colombia, and which is responsible for implementing the immigrant visa provisions of the law.

6. Defendant Embassy of the United States in Bogota, Colombia (hereinafter sometimes referred to as "the Bogota Embassy") is a component of the DOS that is responsible for processing immigrant visa applications and implementing the immigrant and non-immigrant visa provisions of the law.

7. Defendant Chad Wolf, the Secretary of the DHS, is the highest ranking official within the DHS. Wolf, by and through his agency for the DHS, is responsible for the implementation of the Immigration and Nationality Act (hereinafter sometimes referred to as "the INA"), and for ensuring compliance with applicable federal law, including the Administrative Procedures Act (hereinafter sometimes referred to as "the APA"). Wolf is sued in an official capacity as an agent of the government of the United States.

8. Defendant Kenneth T. Cuccinelli, Director of the USCIS, is the highest ranking official within the USCIS. Cuccinelli is responsible for the implantation of the INA and for ensuring compliance with all applicable federal laws, including the APA. Cuccinelli is sued in his official capacity as an agent of the government of the United States.

9. Defendant Michael Pompeo, the U.S. Secretary of State, is the highest ranking official within the DOS. Pompeo is responsible for the implementation of the INA and for ensuring compliance with applicable federal laws, including the APA. Pompeo is sued in his official capacity as an agent of the government of the United States.

10. Defendant Philip Goldberg, Ambassador of the Consulate of the United States in Bogota, Colombia. They are being sued in an official capacity as an agent of the government of the United States.

## JURISDICTION AND VENUE

11. This Honorable Court has federal question jurisdiction over this cause pursuant to 28 U.S.C. § 1331, as it raises claims under the Constitution of the United States, the INA, 8 U.S.C. § 1101 et seq., and the APA, 5 U.S.C. § 701 et seq, in conjunction with the Mandamus Act, 28 USC § 1361.

12. Venue is proper pursuant to 28 U.S.C. § 1391(e)(1) because (1) Defendants are agencies of the United States or officers or employees thereof acting in their official capacity or under color of legal authority; (2) no real property is involved in this action, and; (3) the Defendants all maintain offices within this district.

13. This Honorable Court is competent to adjudicate this case, notwithstanding the doctrine of consular non-reviewability, *see United States ex rel. Knauff v. Shaughnessy*, 338 U.S. 537 (1950), because Defendants have not made any decision in regard to Diana Mogollon Segura's visa application.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

14. Bob Patterson is the spouse of Diana Mogollon Segura and is the spouse visa petitioner for Diana Mogollon Segura's immigrant visa application.

15. Under federal immigration law, USCIS is authorized to approve a spouse visa application filed by a U.S. citizen and to issue an immigrant visa to allow the spouse to enter the U.S. and obtain lawful permanent resident status.

16. Diana Mogollon Segura is a citizen of Colombia.

17. Bob Patterson filed a visa petition for Diana Mogollon Segura with the USCIS on December 26, 2019. The receipt number is IOE908149638.

18. Plaintiff paid, and Defendants accepted, all applicable filing and visa fees.

19. USCIS has failed to adjudicate Plaintiff's I-130 spouse visa petition.

20. The case should have then been sent to the National Visa Center (NVC), a part of the U.S. Department of State for visa processing.  The State Department would then conduct Diana Mogollon Segura's visa interview. This has not happened and Defendants have taken no further action on the application.

21. Bob Patterson has made repeated attempts to obtain a decision in this matter without involving this honorable Court.  Plaintiff has contacted USCIS multiple times.  This has led nowhere.

## FIRST CLAIM FOR RELIEF
### (Agency Action Unlawfully Withheld and Unreasonably Delayed)

For their first claim for relief against all Defendants, Plaintiff alleges and states as follows:

22. Plaintiff realleges and incorporates by reference the foregoing paragraphs as though fully set out herein.

23. The APA requires that "[w]ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." 5 U.S.C. § 555(b). Section 555(b) creates a non-discretionary duty to conclude agency matters. *Litton Microwave Cooking Prods. v. NLRB*, 949 F.2d 249, 253 (8th Cir. 1991). A violation of this duty is a sufficient basis for mandamus relief.

24. The APA permits this Honorable Court to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(1).

25. The Defendants have refused to adjudicate Plaintiff's application and to issue the requested visa application.

26. The DOS regularly works with the DHS when carrying out background and security investigations that are delayed by administrative processing.

27. Upon information and belief, Plaintiff alleges that the USCIS and the DOS are and have been complicit in the delay in processing Diana Mogollon Segura's visa application.

28. Plaintiff alleges that Diana Mogollon Segura's application has been in administrative processing beyond a reasonable time period for completing administrative processing of their visa application.

29. The combined delay and failure to act on Diana Mogollon Segura's immigrant visa application is attributable to the failure of Defendants to adhere to their legal duty to avoid unreasonable delays under the INA and the applicable rules and regulations.

30. There are no alternative adequate or reasonable forms of relief available to Plaintiff.

31. Plaintiff has exhausted all available administrative remedies in pursuit of a resolution of this matter, including repeatedly requesting the processing of their case.

**SECOND CLAIM FOR RELIEF**

**(Violation of Right to Due Process of Law)**

For their second claim for relief against all Defendants, Plaintiff alleges and states as follows:

32. Plaintiff realleges and incorporates by reference the foregoing paragraphs as though fully set out herein.

33. The right to fundamental fairness in administrative adjudication is protected by the Due Process Clause of the Fifth Amendment to the United States Constitution. Plaintiff may seek redress in this Court for Defendants' combined failures to provide a reasonable and just framework of adjudication in accordance with applicable law.

34. The combined delay and failure to act by Defendants has violated the due process rights of Plaintiff.

35. The combined delay and failure to act by Defendants has irrevocably harmed Plaintiff by causing a loss of consortium between Plaintiff and Diana Mogollon Segura, among other ways.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff Bob Patterson requests the following relief:

1. That this Honorable Court assume jurisdiction over this action;

2. That this Honorable Court issue a writ of mandamus compelling Defendants to promptly complete all administrative processing within sixty days;

3. That this Honorable Court take jurisdiction of this matter and adjudicate Diana Mogollon Segura's immigrant visa pursuant to this Court's declaratory judgment authority;

4. That this Honorable Court issue a writ of mandamus compelling Defendants to issue an immigrant visa to Diana Mogollon Segura;

5. That this Honorable Court issue a writ of mandamus compelling Defendants to

explain to Plaintiff the cause and nature of the delay and inform Plaintiff of any action that may be taken to accelerate processing of the visa application;

6. Attorney's fees, legal interests, and costs expended herein, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412;

7. Such other and further relief as this Honorable Court may deem just and proper.

RESPECTFULLY SUBMITTED
January 7, 2021

*/s/ James O. Hacking, III*
James O. Hacking, III
MO Bar # 46728
Hacking Law Practice, LLC
10900 Manchester Road, Suite 203
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackinglawpractice.com

**ATTORNEYS FOR PLAINTIFF**